UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOSEPH J. SIMONETTI,

                                              Plaintiff,

                    -against-                                    26-cv-0421 (LAK)

CARLOS R. GOMEZ, et ano.,

                                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1332.  The complaint fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

        ☒    The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

        ☒    The exact nature and citizenship of the business entity defendant. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000); *Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990)..

        Absent the filing, on or before January 28, 2026 of an amended complaint adequately alleging the existence of subject matter jurisdiction, this action will be dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:        January 21, 2026

                                              Lewis A. Kaplan
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-26