UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOSEPH J. SIMONETTI,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-26

Plaintiff,

-against-                                             26-cv-00421 (LAK)

CARLOS R. GOMEZ, et ano.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

No amended notice of removal having been filed, this action is remanded to the court from which it was removed for lack of subject matter jurisdiction.

SO ORDERED.

Dated:       February 2, 2026

_____
Lewis A. Kaplan
United States District Judge